UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-81363-mc-Marra/Johnson

BEYOND SYSTEMS, INC.,

    Plaintiff,

vs.

CONNEXUS CORP.,

    Defendant.
_____/

FILED by ___ D.C.

NOV 2 5 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

ORDER

**THIS CAUSE** is before the Court on Sunshine Advance Corporation's Motion To Quash Subpoena And Objections Thereto (D/E 1), filed on November 17, 2008. Accordingly, it is hereby,

**ORDERED AND ADJUDGED** that Motion To Quash Subpoena And Objections Thereto is DENIED for failure to comply with Local Rules 26 and 7.1C.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 25th day of November, 2008.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Kenneth A. Marra, United States District Judge
All Counsel of Record